83dls frm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUL - 5 2005
IN THIS OFFICE
Clerk U S District Court
Greensboro, N C
By _____

Johnathan Hillman,                )
                                  )
            Plaintiff,            )     **1:05CV00603**
                                  )
    v                             )     _____
                                  )
Donald G Wood,                    )
                                  )
            Defendant(s)          )

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## TO PLAINTIFF FILING A NEW COMPLAINT

Plaintiff, a prisoner of the State of North Carolina, has submitted a civil rights action pursuant to 42 U S C § 1983, together with a request to proceed in forma pauperis  The form of the complaint is such that a serious flaw makes it impossible to further process this complaint   The problem is

1            Plaintiff has failed to provide a sufficient number of copies   Plaintiff must submit the original, one copy for the court, and one copy for each defendant named

Consequently, this particular complaint will be dismissed, but without prejudice to plaintiff filing a new complaint, on the proper Section 1983 forms, which corrects the defects of the present complaint   To further aid plaintiff, the Clerk is instructed to send plaintiff new Section 1983 forms, instructions, an application to proceed in forma pauperis, and a copy of pertinent parts of Fed R Civ P 8 (i e Sections (a) & (e))

In forma pauperis status is granted for the sole purpose of entering this order of dismissal with permission to file a new complaint which corrects the defects of the present complaint

**IT IS THEREFORE ORDERED** that in forma pauperis status is granted for the sole purpose of entering this order

Dockets.Justia.com

**IT IS FURTHER ORDERED** that this action be filed and dismissed sua sponte without prejudice to plaintiff filing a new complaint, on the proper Section 1983 forms, which corrects the defects cited above. The Clerk is instructed to send plaintiff Section 1983 forms, instructions, an application to proceed in forma pauperis, and a copy of pertinent parts of Fed. R. Civ. P. 8 (i.e. Sections (a) & (e)).

                               /s/ Russell A. Eliason
                               United States Magistrate Judge

July 5, 2005